UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHILDREN'S LEGAL SERVICES PLLC,

     Plaintiff,

                                   Case No. 07-10255

-vs-                            Hon. Avern Cohn

SIMON KRESCH,

     Defendant/Counter-Plaintiff,

SAIONTZ, KIRK, & MILES, P.A., and
JOHN DOES 1-10,

     Defendants.


_____/

### MEMORANDUM AND ORDER DENYING PLAINTIFF'S MOTION TO TERMINATE OR LIMIT DEPOSITION AND GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

This is a trademark case. On December 12, 2007, Defendant Simon Kresch

sought to depose Plaintiff's counsel Michael Lisi. The deposition was aborted after Lisi

declined to answer questions that his counsel said went beyond the legitimate scope of

inquiry. The parties then filed cross-motions: Plaintiff seeks to terminate or limit the

deposition, and Defendant seeks to compel Lisi to go forward with the deposition. The

Court heard arguments on the motions on January 30, 2008.

Lisi filed numerous trademark applications with the United States Patent and

Trademark Office on Plaintiff's behalf. Plaintiff concedes that information related to

these applications is at least arguably relevant to the issues in the case. Because

Plaintiff intended that the information it provided to Lisi as part of the application process be communicated to the Trademark Office, the relevant communications between Plaintiff and Lisi are not privileged. "Wherever the matters communicated to the attorney are intended by the client to be made public or revealed to third persons, obviously the element of confidentiality is lacking." JOHN W. STRONG ET AL., McCORMICK ON EVIDENCE § 91 (5th ed. 1999).

For the reasons stated above and on the record on January 30, 2008, Plaintiff's motion is DENIED and Defendant's motion is GRANTED. The scope of the deposition shall be limited to trademark applications that Lisi filed on Plaintiff's behalf as well as Lisi's background as a trademark lawyer.

SO ORDERED.


 s/Avern Cohn_____
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated: February 1, 2008


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 1, 2008, by electronic and/or ordinary mail.


 s/Julie Owens_____
Case Manager, (313) 234-5160

2