UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHILDREN'S LEGAL SERVICES PLLC,

    Plaintiff,

-vs-

SIMON KRESCH,

    Defendant/Counter-Plaintiff,

SAIONTZ, KIRK, & MILES, P.A., and
JOHN DOES 1-10,

    Defendants.

Case No. 07-10255
Hon. Avern Cohn

_____/

## ORDER TO DEFENDANT SAIONTZ, KIRK, AND MILES, P.A. TO APPEAR WITH NEW COUNSEL

The Court takes notice that Defendant Saiontz, Kirk, and Miles, P. A. ("Saiontz") has been without counsel in this case since April 23, 2008, when the Court granted its attorneys' motion to withdraw.

From the record in this case, it appears that Saiontz operates the website located at <www.youhavealawyer.com>. The mailing address listed at that website is 3 South Frederick Street, Baltimore, Maryland 21202. This is also the same address at which Saiontz was served with a summons and complaint, according to D/E 4.

Therefore, IT IS HEREBY ORDERED that Saiontz shall have until Friday, May 9, 2008 to appear in this case through a new attorney, or else this Court will enter a default

1

against Saiontz. Plaintiff shall cause a copy of this order to be delivered to the above-listed address by overnight delivery immediately upon its entry.

SO ORDERED.

       s/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

Dated: May 2, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 2, 2008, by electronic and/or ordinary mail.

       s/Julie Owens
      Case Manager, (313) 234-5160