UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHILDREN'S LEGAL SERVICES PLLC,

 a Michigan Professional Limited Liability Company

    Plaintiff/Counter-Defendant

vs.                                                         Case No. 07-10255
                                                               Hon. Avern Cohn

SIMON KRESCH, an individual,

    Defendant/Counter-Plaintiff,

SAIONTZ, KIRK, & MILES, P.A., and JOHN DOES
1-10,

    Defendants.
                                          /


**ORDER REGARDING DOMAIN NAME AND**
**TELEPHONE NUMBER FORWARDING**

This matter came before the Court on Plaintiff Children's Legal Services PLLC ("CLS")'s Motion for Permanent Injunction and Accounting, filed on March 20, 2008. The Court heard argument on the motion on April 30, 2008 and again on September 8, 2008. For the reasons stated on the record at those hearings,

IT IS HEREBY ORDERED that the motion is GRANTED IN PART as follows:

Kresch is ordered to immediately take all necessary and reasonable steps (including by communicating, either directly or through counsel, with CLS's counsel of record in this case) to do all of the following:

1

1. Cause all calls placed to the toll-free telephone numbers 1-800-MYCHILD (800-692-4453), 1-888-MYCHILD (888-692-4453), 1-888-2MYCHILD (888-269-2445), and 1-8002MYCHILD (800-269-2445) to be automatically forwarded to CLS at the phone number 248-347-7300.

2. Cause each of the Kresch Domain Names[1] to be forwarded (also called "redirected") to CLS domain name http://www.4mychild.com.

3. Until this case, including any appeals therein, is resolved, Kresch shall not transfer control of the above-listed toll-free telephone numbers or domain names to any person or entity other than CLS. Further, Kresch shall not, through action or failure to act, relinquish ownership or control of any of the above-listed domain names or telephone numbers.

Within thirty (30) days after the date of this Order, Kresch shall electronically file with this Court, and serve upon CLS, a report in writing and under oath setting forth in detail the manner and form in which he has complied with each provision of this Order.


Dated: September 16, 2008                     s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

---

[1] "Kresch Domain Names" means those domain names and associated websites identified in ¶ 2 of CLS's complaint, namely, *<my-child.info>; <1800mychild.com>; <why-my-child.com>; <800mc.com>; <1-800-my-child.6com>; <why-did-it-happen-to-my-child.com>; <whymychild.com>; <why-my-child.com>; <1-800-mychild.com>; <whydidthishappentomychild.com>; <why-did-it-happen-to-my-child.com>; <attorneyadvantage.com>; <800-my-child.com>; <800-mychild.com>; <my-child.biz>; <1888mychild.com>; <1-888-my-child.com>; <888mychild.com>; <1-888-mychild.com>; <my-child.org>*), along with any other domain name or website that incorporates the My Child Marks or any mark confusingly similar thereto.

**07-10255  Children's Legal Services P. L. L. C. v. Kresch et al**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 16, 2008, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160